PROB 12C
(6/16)

Report Date: December 21, 2020

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raul Sardina Abundiz      Case Number: 0980 2:06CR02158-LRS-1

Address of Offender:      Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 23, 2008

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 37 months      Type of Supervision: Supervised Release
                   TSR - 36 months

Asst. U.S. Attorney:     James P. Hagarty      Date Supervision Commenced: March 29, 2019

Defense Attorney:     Alex B. Hernandez, III      Date Supervision Expires: March 28, 2024

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

    **Supporting Evidence**: Mr. Abundiz allegedly violated mandatory condition number 2 on or about November 25, 2020, by committing theft of motor vehicle, in violation of Revised Code of Washington (RCW) 9A.56.065; Yakima County Superior Court cause number 20-1-02147-39.

    Mr. Abundiz' conditions were reviewed with him on April 1, 2019. He signed his judgment, acknowledging an understanding of his conditions, which include mandatory condition number 2 as noted above. According to the Yakima Police Department (YPD) report, incident number 20Y046351, the following occurred:

    On November 25, 2020, at approximately 4:40 p.m., YPD was dispatched to Enterprise Rent a Car (Enterprise) in Yakima, Washington, for a vehicle theft. The manager at Enterprise reported that Mr. Abundiz rented a truck on November 5, 2020, and had not returned the vehicle as of November 25, 2020. Mr. Abundiz called and requested several extensions to

Prob12C
**Re: Abundiz, Raul Sardina**
**December 21, 2020**
**Page 2**

keep the rental vehicle; however, he never paid for the extension and he never returned the vehicle. The manager at Enterprise also reported the vehicle had been driven 3,000 miles between November 5 and 18, 2020.

On November 25, 2020, at 5:53 p.m., the vehicle was located at 817 North 25th Avenue in Yakima, Washington, and returned to Enterprise. YPD was unable to locate Mr. Abundiz to discuss the situation with him and a warrant was issued for his arrest.

On December 21, 2020, Mr. Abundiz was arrested by YPD, for the alleged felony law violation, and he was placed in Yakima County Jail. At the time this report was written, Mr. Abundiz has not made an initial appearance in Yakima County Superior Court for cause number 20-1-02147-39.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 21, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

December 22, 2020

Date